IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA and
ARLENE BUSH, Revenue Officer,
Internal Revenue Service,

        Petitioners,

  vs.

STEVEN A. CURTIS and DEBORAH
M. CURTIS,

        Respondents.
_____/

No. CIV S-05-0101 DAD

ORDER

        Petitioners initiated this action by filing a petition to enforce an IRS summons issued to the respondents. By stipulation and order filed April 7, 2005, respondents were required to meet with the petitioning revenue officer and produce all testimony, books, records, and other data demanded by the summons. On August 24, 2007, petitioners filed a motion regarding contempt of the April 7, 2005 order. Petitioners proposed that respondents be required to appear before the undersigned on October 12, 2007 and show cause why they should not be held in civil contempt of this court. On August 28, 2007, petitioners informed the court that respondents have supplied the requested information. In light of respondents' compliance with the summons at issue, petitioners request that the contempt hearing be taken off calendar and that the case be closed.

1  Good cause appearing, IT IS ORDERED that:

2  1. Petitioners' August 28, 2007 request for withdrawal of their August 24, 2007 civil contempt motion is granted, and the motion is dropped from the court's October 12, 2007 calendar; and

2. Petitioners' August 28, 2007 request for dismissal of this action is granted pursuant to Federal Rule of Civil Procedure 41(a)(1), and the Clerk of the Court is directed to close the case.

DATED: September 4, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.consent\curtis0101.voldism